IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: WILLIAM J. CREPPEL

CASE NO. 3-13537-JDW
CHAPTER 7

### RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS & AMOUNTS

**COMES NOW**, Stephen Smith, Trustee, pursuant to 11 U.S.C. §347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Claim No. | Amount |
|---|---|---|
| Lee County Rentals | 1 | $9.79 |
| TOTAL | | $9.79 |

That the Order Approving Trustee's Final Report was entered by the Court on August 12, 2020 (Docket Item 118) and the funds were disbursed pursuant to said Order.

The above named creditor was issued a check and the check was mailed on August 27, 2020 to the address reflected on the proof of claim. The check was returned by the U.S. Postal Service marked "Return to Sender - Attempted - Not Known - Unable to Forward."

The trustee performed an internet search in an effort to locate an alternative address but could not locate a new address for the creditor.

**WHEREFORE, PREMISES CONSIDERED,** Stephen Smith, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

Dated: September 10, 2020

Respectfully submitted,

*/s/ Stephen Smith*
Stephen Smith
Chapter 7 Bankruptcy Trustee
1052 Highland Colony Pkwy, Ste 100
Ridgeland, MS 39157
Telephone: 601.605.0722