IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: WILLIAM J. CREPPEL                              CASE NO. 13-13537-JDW
                                                       CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS & AMOUNTS

**COMES NOW**, Stephen Smith, Trustee, pursuant to 11 U.S.C. §347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Claim No. | Amount |
|---|---|---|
| Hugh McDonald | 2 | $5,817.75 |
| Priscilla McDonald | 3 | $2,320.06 |
| TOTAL | | $8,137.81 |

That the Order Approving Trustee's Final Report was entered by the Court on August 12, 2020 (Docket Item 118) and the funds were disbursed pursuant to said Order.

The above named creditors were issued checks and the checks were mailed on August 27, 2020 to the addresses reflected on the proofs of claim. The checks have never cleared the bank were clearly marked "Void After 90 Days."

**WHEREFORE, PREMISES CONSIDERED,** Stephen Smith, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

Dated: December 17, 2020

Respectfully submitted,

_____
Stephen Smith
Chapter 7 Bankruptcy Trustee
1052 Highland Colony Pkwy, Ste 100
Ridgeland, MS 39157
Telephone: 601.605.0722