**SO ORDERED,**



*/s/ Judge Jason D. Woodard*
**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| **In re:** | ) | | |
| | ) | | |
| **WILLIAM J. CREPPEL** | ) | **Case No.:** | **13-13537-JDW** |
| | ) | | |
| **Debtor.** | ) | **Chapter:** | **7** |

### ORDER DIRECTING DISBURSEMENT
### OF FUNDS FROM THE COURT'S REGISTRY ACCOUNT

This matter is before the Court *sua sponte.* On September 5, 2013, an *Order Granting Petitioning Creditors' Motion for Appointment of Interim Trustee* (Dkt. #7) was entered in the above referenced case wherein the Court ordered Hugh McDonald and Priscilla McDonald to post a bond in the amount of $250.00 with the Clerk of this Court. Upon receipt from Priscilla McDonald, said funds were deposited into the Court's registry account. On August 12, 2020, the Court entered an *Order Approving Trustee's Final Report* (Dkt. #118). The Court, having approved the trustee's final report and account of administration of the estate, report of receipts and disbursements, application for compensation and notice of proposed distribution, finds that

the bond is no longer necessary and shall be disbursed from the Court's registry account. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Clerk of Court is directed to disburse the bond amount of $250.00, plus any accrued interest, from the Court's registry account to Priscilla McDonald, 6030 Copiah Street, Bay St. Louis, LA  39520.

##END OF ORDER##